# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff(s), § | |
| § | |
| v. § | Civil Action No. P:20-CV-0046 |
| § | |
| MICHAEL MARK TRAVALINO § | |
| AKA "MARK WHITE EAGLE" § | |

### ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT AGAINST MICHAEL MARK TRAVALINO, AKA "MARK WHITE EAGLE"

**NOW COMES** Defendant, Michael Mark Travalino AKA "Mark White Eagle", and respectfully shows:

1. Defendant denies each and every allegation set forth in Paragraphs 1 through 50 in Plaintiff's Complaint for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction.

### PRAYER

Defendant prays that all allegations set forth in Plaintiff's Original Complaint be stricken or denied in subsequent proceedings, that Plaintiff take nothing, and that Defendant be granted any and all relief as Dedendant may be entitled to in law or in equity.

Respectfully submitted,

By:/s/CHARLES S. CHAMBERS
Charles S. Chambers
Texas Bar No. 04067500
Email: charleschambers_540@msn.com
915 Texas Avenue
LUBBOCK, TX 79401
Tel: (806) 763-9900
Fax: (806) 763-9904
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on June 17, 2020, a true and correct copy of Defendant's Original Answer was served on United States Assistant Attorney, Eduardo R. Castillo, via federal electronic filing manager and/or facsimile.

/s/CHARLES S. CHAMBERS
Charles S. Chambers