IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | PE:20-CV-00046-DC-DF |
| | § | |
| **MICHAEL MARC TRAVALINO** | § | |
| **aka "MARK WHITE EAGLE",** | § | |
| *Defendant*. | § | |

## ADVISORY TO PRO SE LITIGANT

Because Defendant Michael Marc Travalino a/k/a Mark White Eagle ("Defendant"), is a *pro se* litigant, (*see* Doc. 47), the Court enters this Advisory explaining his responsibilities and obligations in federal court. Please be advised that there are additional resources available on the Western District of Texas website, including but not limited to the Federal Rules of Civil Procedure and Local Court Rules, as well as the *Pro Se* Manual at www.txwd.uscourts.gov/.

First, Defendant must keep the Court informed of his current address throughout the pendency of this case. Defendant must immediately notify the Clerk and opposing counsel in writing of any change in address. Defendant must caption any change of address advisory as "Notice to the Court of Change of Address" and should not include any motion or other matter in such notice. The change of address notice must only contain information about the address change and effective date of such change of address. Failure to do so may result in the abandonment of any affirmative defenses and dismissal of any counterclaims for want of prosecution.

Local Rule CV-7(d) provides that a party opposing a dispositive motion must file a response to the motion within fourteen (14) days of service of that motion. A response to a non-dispositive motion must be filed not later than seven (7) days after service of that motion. Any

failure to file such a timely response may be construed by the Court as a lack of opposition to the motion and result in the Court granting the motion as unopposed.

Additionally, when filing subsequent pleadings, Defendant must serve them on opposing counsel. Defendant is obligated under both the Federal Rules of Civil Procedure and this Court's Local Rules to send a copy of all pleadings, motions or other documents he submits to the Clerk of this Court for filing and to opposing counsel. The Court will disregard any pleading, motion, or other document submitted for filing by Defendant that fails to contain a "certificate of service," stating that the true and correct copy of the pleading was sent to opposing counsel as required under Federal Rule of Civil Procedure 5(d). The "certificate of service" must state the date and method, such as hand delivery, certified mail, or regular mail, by which Defendant sent a copy of the pleading, motion or document to opposing counsel. Defendant must send opposing counsel a copy of any pleading, motion, or document submitted for filing by Defendant.

The Court **ORDERS** the Clerk of Court to serve and mail a copy of this order by certified mail with return receipt requested to Defendant's last known address as follows:

Michael Marc Travalino
P.O. Box 1341
Alpine, TX 79831

It is so **ORDERED**.

SIGNED this 17th day of February, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE