IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | PE:20-CV-00046-DC-DF |
| | § | |
| **MICHAEL MARC TRAVALINO** | § | |
| aka "MARK WHITE EAGLE", | § | |
| *Defendant*. | § | |

## ORDER

BEFORE THE COURT is the United States of America's Motion for Leave to File Out of Time Its Response to Defendant's Third Amended Motion for Return of Seized Property (hereafter, "Motion for Leave"). (Doc. 69). This matter is before the undersigned Magistrate Judge through a standing order of referral pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

Under Local Rule CV-7(d), the Court is able to grant as unopposed a discovery or case management motion to which no response has been received. Local Rule CV-7(d). Because no response was filed by Defendant Michael Marc Travalino aka "Mark White Eagle" ("Travalino"), the Court **GRANTS** as unopposed the Government's Motion for Leave. (Doc. 69).

The Clerk of Court is **DIRECTED** to docket the Government's Response to Defendant's Third Amended Motion for Return of Seized Property, attached to the Motion for Leave as Exhibit 1.

It is further **ORDERED** the Clerk of Court to serve and mail a copy of this order by certified mail with return receipt requested to Travalino's last known address as follows:

Michael Marc Travalino
P.O. Box 1341
Alpine, TX 79831

It is so **ORDERED**.

SIGNED this 29th day of April, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE